of North Dakota granted. *Mr. John A. Jorgenson* for petitioners. *Mr. Paul E. Shorb* for respondent.

No. 597. McKNETT *v.* ST. LOUIS & SAN FRANCISCO RY. Co. December 4, 1933. The motion for leave to proceed further herein *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of Alabama is also granted. *Mr. Walter Brower* for petitioner. *Mr. Forney Johnston* for respondent.

No. 358. BOSWORTH, RECEIVER, *v.* CONTINENTAL ILLINOIS BANK & TRUST Co. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Amos C. Miller, F. G. Awalt, George P. Barse, John F. Anderson,* and *George B. Springston* for petitioner. *Messrs. Isaac H. Mayer, Carl Mayer,* and *David F. Rosenthal* for respondent.

No. 547. NEW COLONIAL ICE Co., INC. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Edward G. Griffin* and *Joseph Sterling* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 565. LOUGHRAN *v.* LOUGHRAN ET AL. December 4, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Robert H. McNeill* for petitioner. *Messrs. Wm. E. Leahy, Wm. J. Hughes, Jr., Eugene B. Sullivan,* and *James F. Reilly* for

622

respondents.

No. 363. ARROW-HART & HEGEMAN ELECTRIC Co. *v.* FEDERAL TRADE COMM'N. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles Neave, Arthur F. Mullen, Arthur L. Shipman, Wallace W. Brown,* and *Charles Welles Gross* for petitioner. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Wm. G. Davis* and *Robert E. Healy* for respondent.

No. 561. INTERNATIONAL MILLING Co. *v.* COLUMBIA TRANSPORTATION Co. December 11, 1933. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. Oscar Mitchell* and *Albert C. Gillette* for petitioner. *Messrs. Edgar W. MacPherran, Thomas H. Garry,* and *Carl V. Essery* for respondent.

No. 575. GILVARY *v.* CUYAHOGA VALLEY RY. Co. December 11, 1933. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Mr. Glen A. Boone* for petitioner. *Mr. W. T. Kinder* for respondent.

No. 578. ASCHENBRENNER *v.* U.S. FIDELITY & GUARANTY Co. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Allen G. Wright* for petitioner. *Messrs. Edwin C. Brandenburg* and *Louis M. Denit* for respondent.